Charles A. Anderson, appellant, v. Lake Michigan Building Corporation et al., appellees. Gen. No. 33,346.

Opinion filed June 24, 1929.
Kirkland, Fleming, Green & Martin, for appellant; Jay Fred Reeve, David Jacker and William H. Symmes, of counsel. Cassels, Potter & Bentley, for appellees; Ralph F. Potter and George C. Bunge, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

William P. Meyers, plaintiff in error, v. Chicago City Railway Company et al., defendants in error. Gen. No. 33,385.

Opinion filed June 24, 1929.
J. Kent Greene, for plaintiff in error. George W. Miller and Arthur J. Donovan, for defendants in error: Frank L. Kriete and John E. Kehoe, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

George Vogel, appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant. Gen. No. 33,403.

Opinion filed June 24, 1929.
Glennon, Cary, Walker & Murray, for appellant; Sidney C. Murray and F. W. Flott, of counsel, J. V. Delaney, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

John J. Collins, appellant, v. Minnie Freer, appellee. Gen. No. 33,435.

Opinion filed June 24, 1929.
Marx Loehwing, for appellant: John T. Murray, of counsel. James C. McGloon, for appellee.

Mr. Justice Matchett delivered the opinion of the court.